UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MATTHEW RANKIN,
  Plaintiff (s),

v.     Case No. 4:19-cv-01691

WAYNE CASEY and the CITY OF PEVELY,
  Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now **Plaintiff** and notifies the court of the intent to use
(Plaintiff or Defendant)

Davila Civil Process (Nationwide Process Service)
(name and address of process server)

P.O. Box 1733

Helotes, TX 78023

To serve:
Wayne Casey and the City of Pevely in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

June 13, 2019      */s/ Solomon M. Radner*
(date)          (attorney for Plaintiff)

             (attorney for Defendant)