**UNITED STATES DISTRICT COURT**
**EASTERN DISTRCIT OF MISSOURI**

| | |
|---|---|
| MATTUREW RANKIN, § § § Plaintiff, § § CASE NO.: 4:19-cv-01691 VS. § § OFFICER WAYNE CASEY (DSN 789), § CITY OF PEVELY, a political subdivision § of the state of Missouri., § § Defendants. § § | |

MATTHEW RANKIN,

Plaintiff,

VS.

OFFICER WAYNE CASEY (DSN 789),
CITY OF PEVELY, a political subdivision
of the state of Missouri.,

Defendants.

CASE NO.: 4:19-cv-01691

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned counsel, that the above-entitled cause of action shall be dismissed with prejudice, and without costs, interest or attorney fees to any party.

EXCOLO LAW, PLLC                     NICHOLS LANG & HAMLIN, LLC

By: */s/ Solomon M. Radner*           By: */s/ Michael S. Hamlin*
Solomon M. Radner (*pro hac vice*)    Michael S. Hamlin #52972
*Attorney for Plaintiff*               *Attorney for Defendants*
26700 Lahser Rd., Suite 401           1795 Clarkson Rd., Suite 230
Southfield, MI 48033                  Chesterfield, MO 63017
(866) 939-2656                        (314) 429-1515
sradner@excololaw.com                 mike@nlh-law.com

Dated: January 30, 2020               Dated: January 30, 2020

1

## CERTIFICATE OF SERVICE

    I hereby affirm that on January 31, 2020, I caused the foregoing document to be filed electronically with the United States District Court and that a copy of document was served on all counsel of record through the Court's CM/ECF system.

                                    */s/ Solomon M. Radner*
                                    Solomon M. Radner (P73653)