## UNITED STATES DISTRICT COURT
## EASTERN DISTRCIT OF MISSOURI

| | | |
|---|---|---|
| MATTHEW RANKIN, | § § § | |
| Plaintiff, | § § | CASE NO.: 4:19-cv-01691 |
| VS. | § § | |
| OFFICER WAYNE CASEY (DSN 789), CITY OF PEVELY, a political subdivision of the state of Missouri., | § § § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER OF DISMISSAL

At a session of said Court, held in the United States District Court for the Eastern District of Missouri, on: _____

### PRESENT: THE HON. JOHN A ROSS
### U.S. District Court Judge

Upon the reading and filing of the foregoing stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS SO ORDERED** that the above-entitled cause of action shall be dismissed, with prejudice, and without costs, interest or attorney fees to any party.

**This is a final order and closes the case.**

_____
HON. JOHN A ROSS
United States District Court Judge

Dated: