**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW RANKIN, | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 4:19-CV-01691-JAR |
| CITY OF PEVELY, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

In light of the parties' Joint Stipulation of Dismissal (Doc. No. 16), **IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**, with each of the parties to bear its own costs and attorneys' fees. The Clerk of Court is directed to close the case.

Dated this 31st day of January, 2020.

_John A. Ross_
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**